Robert B. Amidon SBN 103865
Robert B. Amidon A Law Corporation
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC, )
            )
   Plaintiff,      vs.   ) Case No.: 2:13-CV-06691-WDK-PLA
            )
JESSICA SIERRA , et al,   ) **RENEWAL OF JUDGMENT BY CLERK**
            )
   Defendant,    )
            )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Jessica Sierra and Jose Jesus Sierra individually and dba Colima Bar aka La Sierra Bar on January 2, 2015, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 4,600.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **4,600.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **4,600.00** |
| f. | Interest after judgment (.27%) | $ | 107.46 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | 4,707.46 |

Dated: _December 2, 2024_          CLERK, by Deputy _Sharon Hall Brown_

Renewal of Judgment